In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00258-CV
_____

BOOMTOWN USA INC., Appellant

V.

MICHAEL A. MURRAY AND CYNTHIA E. MURRAY, Appellee

On Appeal from the 163rd District Court
Orange County, Texas
Trial Cause No. B150347-C

MEMORANDUM OPINION

Boomtown USA Inc., has filed a motion to dismiss its petition for permissive appeal of an interlocutory order. The motion is voluntarily made prior to any decision of this Court on the petition for a permissive appeal. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal or a cross-petition for a permissive appeal. *See* Tex. R. App. P. 28.3(f). We grant the motion and dismiss the petition for a permissive appeal.

1

DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 24, 2016
Opinion Delivered August 25, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.